for petitioners. *Frederick Bernays Wiener* and *Lawrence Cake* for respondents.

No. 704. MORAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry G. Singer* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 706. SAFEWAY STORES, INC. *v.* ARNALL, DIRECTOR OF PRICE STABILIZATION. United States Emergency Court of Appeals. Certiorari denied. *Elisha Hanson, Arthur B. Hanson* and *Garland Clarke* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for respondent.

No. 712. MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION *v.* COHEN, EXECUTRIX. C. A. 8th Cir. Certiorari denied. *Henry I. Eager* and *Philip E. Horan* for petitioner.

No. 713. SCOTT *v.* HARMAN. C. A. 6th Cir. Certiorari denied. *John J. Mahoney* for petitioner. *Aubrey A. Wendt* and *Warren H. F. Schmieding* for respondent.

No. 716. MAY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Ralph S. McFarland* and *C. Vernon Thompson* for petitioner.

No. 718. DWORSKY ET AL., DOING BUSINESS AS NORTH UNION CO., ET AL. *v.* WARNER, TRUSTEE IN BANKRUPTCY. C. A. 8th Cir. Certiorari denied. *Melvin H. Siegel* for